```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WERNER, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

MONDELEZ INTERNATIONAL, INC., a Virginia corporation, MONDELEZ GLOBAL, LLC, a Delaware limited liability company, AND NABISCO, INC., a New Jersey corporation,

                Defendants.

24 Civ. 6957 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' letters dated January 6 and 13, 2025. ECF Nos. 21 and 23. Accordingly:

1. Defendants' request for leave to file a motion to dismiss is GRANTED.
2. By **February 4, 2025**, Defendants shall file their motion and supporting papers.
3. By **February 18, 2025**, Plaintiff shall file his opposition papers.
4. By **February 25, 2025**, Defendants shall file their reply, if any.

      SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                    ANALISA TORRES
                                United States District Judge