USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/22/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WERNER, *individually and on behalf of all others similarly situated*,

          Plaintiffs,

-against-

MONDELEZ INTERNATIONAL, INC., a Virginia corporation, MONDELEZ GLOBAL, LLC, a Delaware limited liability company, AND NABISCO, INC., a New Jersey corporation,

          Defendants.

24 Civ. 6957 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By July 20, 2025, the parties were to file a status update or, alternatively, a notice or stipulation of dismissal. *See* ECF No. 27 at 2. That submission is now overdue. Accordingly, by **July 28, 2025**, the parties shall file their required submission.

    SO ORDERED.

Dated: July 22, 2025
       New York, New York

                              ANALISA TORRES
                             United States District Judge