USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/22/2026

**IN THE UNITED STATES DISTRICT C**
**FOR THE SOUTHERN DISTRICT OF NE**

| | |
|---|---|
| MATTHEW WERNER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MONDELEZ INTERNATIONAL, INC., a Virginia corporation; MONDELEZ GLOBAL, LLC, a Delaware limited liability company; AND NABISCO, INC., a New Jersey corporation,<br><br>Defendants. | Case No. 1:24-cv-06957-AT |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Matthew Werner, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Mondelez International, Inc., Mondelez Global, LLC and Nabisco, Inc. (collectively, "Defendants"), by and through their respective counsel hereby stipulate:

WHEREAS, on September 16, 2024, Plaintiffs commenced this action challenging the "100% Whole Grain" label on Wheat Thins crackers. (ECF No. 2.)  On January 16, 2025, the Parties appeared for a mediation before Judge Jay Gandhi (Ret.) and reached a settlement in principle of a nationwide class action settlement;

WHEREAS, on February 18, 2025, Plaintiffs filed a motion seeking preliminary approval of the proposed nationwide settlement in the Northern District of California where the Honorable Vince Chhabria is presiding over a certified class of California purchasers of Wheat Thins involving the same claims and counsel in this case, entitled *Wallenstein v. Mondelez Int'l., Inc.,* No. 3:22-cv-06033-VC (N.D. Cal.).  (Wallenstein ECF No. 117.);

WHEREAS, on April 10, 2025, Judge Chhabria granted preliminary approval of the nationwide class settlement and approved the proposed nationwide notice plan, which was

implemented.  (Wallenstein ECF No. 122.);

WHEREAS, on December 12, 2025, Judge Chhabria granted Plaintiffs' Motion for Final Approval of Class Action Settlement (Wallenstein ECF No. 138) and entered final judgment (Wallenstein ECF No. 140);

WHEREAS, the time to file a notice of appeal of the final judgment has passed and no notice of appeal was filed.

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to dismiss the above-captioned action with prejudice as to the named Plaintiff Matthew Werner, and without prejudice as to the putative class, whose claims are being resolved in connection with the class-wide settlement in the Wallenstein Action, with each party to bear its own costs and expenses, including attorneys' fees except as set forth in the Final Approval Order in the Wallenstein Action.

Dated:  January 21, 2026                    Respectfully submitted,


                                            /s/    Jason Koral
                                            JASON KORAL
                                            jkoral@presskoral.com
                                            **PRESS KORAL LLP**
                                            641 Lexington, Thirteenth Floor
                                            New York, NY 10022
                                            Tel: 917-881-1347


                                            COURTNEY VASQUEZ (*admitted pro hac vice*)
                                            Courtney@FoxLawAPC.com
                                            **FOX LAW, APC**
                                            201 Lomas Santa Fe Drive, Suite 420
                                            Solana Beach, CA 92075
                                            Tel:  858-256-7616
                                            Fax: 858-256-7618

                                            *Attorneys for Plaintiff and the Nationwide Settlement Class*


Dated:  January 21, 2026                    **CROWELL & MORING, LLP**


                                             /s/ Jason Stiehl
                                            JASON STIEHL
                                            jstiehl@crowell.com

1

*Attorneys for Defendants*
MONDELĒZ INTERNATIONAL, INC.,
MONDELĒZ GLOBAL, LLC and
NABISCO, INC.

## **ATTESTATION OF FILER**

The undersigned hereby certifies that all above signatories have authorized the filing of this

document.

Dated:  January 21, 2026

/s/      Jason Koral
JASON KORAL

This action is DISMISSED with prejudice as to Plaintiff Matthew
Werner.  Because no class was certified in this action, the Clerk of Court
is respectfully directed to remove "individually and on behalf of all
others similarly situated" from the case caption and close the case.

Dated:  January 22, 2026
       New York, New York

ANALISA TORRES
United States District Judge

2